# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

DANIEL MALLETT )
　　　　　　　　　)　　3:23-cv-192
VS. )
　　　　　　　　　)
WELL PATH MEDICAL STAFF )
SAINT JOSEPH COUNTY JAIL )
SOUTH BEND INDIANA )


-FILED-
MAR -6 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PETITION CLASS ACTION
## REFUSING PROPER MEDICAL TREATMENT AND NEGLIGENT TO AN INMATE

I Daniel Mallett has been in Custody of Saint Joseph County Jail South Bend, Indiana since November 3, 2022, doing intake I informed the medical staff of all my medical issues and also what medications I take for my High Blood Pressure, I also included what Pharmacy I use to fill my prescription.

1) In the middle of November I can not remember what date because I never received my copy back, so November 21, 2022 filled out another one stating I don't want the medication no more, ya'll didn't answer back about me being light head, dizzy, and my left leg going numb. It's not like yall care so I'll stay sleep instead of waking up and being in pain and cripple. I received an response from Kaila November 22, 2022 stating we have never received a request regarding the above, Blood Pressure Checks have been ordered.

2) Throughout the late December I was informing First Shift nurses that my problems been on going and that Second Shift should check my Blood Pressure because in the afternoon is when the symptoms began, everybody kept informing me they would mention it to the Director of Nurse and nothing changed, so I felt out another Health Services Request January 9, 2023 stating I'm requesting to get my Blood Pressure Checked in the

afternoon because that's when I get dizzy, headaches, and numbness in my left leg the most. I received a response later January 9, 2023 from Wendy stating unfortunately our system will not allow us to do this. But they did start doing it after checking it twice a day and seeing that it is high in the Evenings.

3) On January 15, 2023 I was dizzy and having headaches again I tried explaining it to the Evening nurse at which time she ignored me and left. The next morning Valentina was passing out medication, I was up waiting because of my problem all night long and looked to me and stated there's nothing in the computer for me. The Evening of the 16th the same nurse came to check my Blood Pressure and it was 158 over 100 electronically and manually it was 162 over 96. I stated all this on an Health Services Request, I also stated I need to talk to someone about the medical staff here ASAP. I sent the request on January 18, 2023 and on January 19, 2023 I got an response from the Director of Nursing stating you have Lisinopril/HCTZ ordered every morning. You have been scheduled with the provider to discuss your elevated blood pressures. Your blood pressure will be checked once weekly. Please continue to report your symptoms of elevated blood pressure. Nursing staff will be educated on proper procedures for follow-up on abnormal vital signs. I filed a grievance on this issue.

4) January 26, 2023 I filled out another Health Services Request trying to find out if I am scheduled to see the provider for my elevated Blood Pressure and the consistent symptoms, why is it taking a week plus to see someone to get help or answers? I also stated I got a response from the Director of Nursing 01-19-2023 for this matter. Nurse Wendy responding January 26, 2023 stating Chronic Care referral made.

5) January 30, 2023 between 4:00 and 4:30 Deputy (I do not know how to spell his name correctly, but was able to obtain his P.E.#2145) was roaming this day. He came to Pod G5 I was able to explain to him my medical problem and the symptoms I was having, he was able to take me to medical. While at medical I was able to speak with one of the providers and that is when I learned that my medication dosage was lowered. February 02, 2023 I filled out another Health Services Request asking why wasn't I informed that my medication dosage was lowered and that I didn't find out until January 30, 2023 when I was having harmful symptoms again.? I then explained had the Provider explained to me he was doing so I would've

explainned to him Milan FCI tried that and the symptoms I'm having now is what happen then and not to do so. February 13, 2023 I received a response from the Director of Nursing stating I will be moved to medical to better assess and watch my blood pressure. I also filed a two part grievance February 06, 2023 which again this part about my medication dosage getting lowered still didn't get answered.

6) February 07, 2023 I filled out another Health Services Request stating If I'm told to continue to report my symptoms, why was I refused medical service? By being told my Chronic Care issue would have to pay $15.00 to be seen. Please report to the US Marshals that this medical staff can't treat me as needed, before I take legal action against WellPath Health Service. Since Kaila and I has a great understanding, because she actually shows she care for her patients they asked her to tell me verbally that since I refused blood pressure check they can charge me. I filed a grievance February 6, 2023 in it I stated Deputy Vans told me nurse Jodi told him if she comes down here to see me that I will be charged $15.00. I asked how can I get charged for Chronic Care about an issue that I feel y'all are responsible for? Especially when I didn't get informed that the dosage of my medication was lowered because y'all felt my Blood Pressure was to low. I didn't findout about my medication dosage was lowered until January 30, 2023 when I was having complacation with it being high. I requesting again that y'all inform the US Marshals that this Jail and medical staff can't provide adequate medical care for me. February 13, 2023 the Director of Nursing responded I refused my A.M Blood Pressure Check and requested timing for blood pressure checks be rescheduled for P.M med pass. Then 2 hours later requested BP Check, anything outside of Chronic Care provider visits and medication pass orders will be charged for nurse coming to the Pod.

I am filing this Class Action Law Suite for refusing to provide proper medical treatment and negligent to an inmate for the following reasons. From November 21, 2022 until February 13, 2023 I been trying to get medical attention for being dizzy, having headaches, and left leg being, with high blood pressure them are signs of having a stroke. It's refusing to provide proper medical treatment when I been informing medical from November 21, 2022 and January 19, 2023 is the first time mentionning I'm scheduled

to see the provider. Even with this going on for two months I still didn't see the provider until I got Deputy 2145 attention he saw my condition and took me to medical January 30, 2023 a week and a half after being informed by the Director of Nursing that I been scheduled to see the provider. Also I proved that this department refused to provide proper medical treatment through their response they wasn't answering my questions, it was blood pressure checks been order, you have been scheduled to see the provider, or Chronic Care referral made. I proved negligent through it all but the serious two are when the provider lowered my dosage and when they didn't move me to medical until February 13, 2023 after they switched my dosage back and my blood pressure was pretty much normal.

    I swear or affirm under the penalties of perjury that the foregoing statements are true and accurate to the best of my knowledge

Respectfully Submitted By<br>
Daniel Mallett<br>
Daniel Mallett

Given this day March 1, 2023 to the United States District Court Northern District of Indiana South Bend Division

Daniel Mallett 315961
401 W. Sample Street
South Bend, IN. 46601

FT WAYNE IN 468

03 MAR 2023 PM 3 T



Clerk of Courts
204 S. Main Street
M01 Robert A. Grant Fede
South Bend, IN. 4660

**MAILED FROM THE
ST. JOSEPH COUNTY JAIL**

4650182113